**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1783

SETH REAVES,

Debtor - Appellant,

v.

SANTANDER CONSUMER USA, INCORPORATED,

Creditor - Appellee,

ANNEMARIE BELANGER MATHEWS,

Trustee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:22-cv-01064-TLW)

Submitted:  January 17, 2023                                    Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Seth Reaves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Seth Reaves appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his appeal of the bankruptcy court's order dismissing his bankruptcy petition.    We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Reaves v. Santander Consumer USA, Inc.,* No. 4:22-cv-01064-TLW (D.S.C. July 11, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*